**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 266 WAL 2014
:
              Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
CHAD LEONHART, :
:
              Petitioner :


## ORDER


**PER CURIAM**

      **AND NOW**, this 1st day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.